---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
Christopher J. Balala, Esq. (Attorney ID 030732010)
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Facsimile: (973) 696-8571
*Counsel for Debtor*

---

Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Marion Puccio,

                Debtor.

Case No.: 17-34153 (RG)

Chapter 7

Hearing Date: January 9, 2018 at 10:00am

Judge: Hon. Rosemary Gambardella

---

### ORDER AUTHORIZING MEETING OF CREDITORS TO BE CONDUCTED BY WAY OF TELEPHONIC EXAMINATION

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 12, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been opened to the Court by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP attorneys for the Debtor, Marion Puccio, seeking this Court to authorize this Order allowing Debtor to attend the Meeting of Creditors telephonically, and the Court having considered the papers in support of Debtor's motion; the arguments of counsel; opposition thereto, if any; and sufficient justification for the relief requested has been shown.  Accordingly,

**IT IS ORDERED THAT:**

1. The Debtor, Marion Puccio, is hereby authorized to attend the Meeting of Creditors in this matter telephonically.

2. The Chapter 7 Panel Trustee shall coordinate the time and procedure for conducting the examination of Marion Puccio and all creditors shall be notified.