**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
Christopher J. Balala, Esq. (Attorney ID 030732010)
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Facsimile: (973) 696-8571
*Counsel for Debtor*

Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marion Puccio,

Debtor.

Case No.: 17-34153 (RG)

Chapter 7

Hearing Date: January 9, 2018 at 10:00am

Judge: Hon. Rosemary Gambardella

**ORDER AUTHORIZING MEETING OF CREDITORS TO BE CONDUCTED BY WAY OF TELEPHONIC EXAMINATION**

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 12, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been opened to the Court by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP attorneys for the Debtor, Marion Puccio, seeking this Court to authorize this Order allowing Debtor to attend the Meeting of Creditors telephonically, and the Court having considered the papers in support of Debtor's motion; the arguments of counsel; opposition thereto, if any; and sufficient justification for the relief requested has been shown. Accordingly,

**IT IS ORDERED THAT:**

1. The Debtor, Marion Puccio, is hereby authorized to attend the Meeting of Creditors in this matter telephonically.

2. The Chapter 7 Panel Trustee shall coordinate the time and procedure for conducting the examination of Marion Puccio and all creditors shall be notified.

United States Bankruptcy Court
District of New Jersey

In re:  
Marion Puccio  
    Debtor

Case No. 17-34153-RG  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Jan 12, 2018 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db     +Marion Puccio,   227 Gould Road,    Newfoundland, NJ 07435-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
      Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
      Christopher J. Balala    on behalf of Debtor Marion  Puccio cbalala@scuramealey.com,
       ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                           TOTAL: 4