Form finmgtc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−34153−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marion Puccio
    227 Gould Road
    Newfoundland, NJ 07435

Social Security No.:
    xxx−xx−7459

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: February 12, 2018
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Marion Puccio
       Debtor

Case No. 17-34153-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin          Page 1 of 1          Date Rcvd: Feb 13, 2018
                      Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db        +Marion Puccio,   227 Gould Road,    Newfoundland, NJ 07435-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 13 2018 22:29:06     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 13 2018 22:29:05    United States Trustee,
                Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
                Newark, NJ 07102-5235
                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
        Barbara Edwards   bedwardstrustee@aol.com,  NJ48@ecfcbis.com
        Christopher J. Balala   on behalf of Debtor Marion Puccio cbalala@scuramealey.com,
       ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
        Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                         TOTAL: 5