**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marion Puccio | Social Security number or ITIN  xxx–xx–7459 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34153–RG | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marion Puccio

3/2/18                                                                **By the court:** Rosemary Gambardella
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-34153-RG
Marion Puccio                                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 02, 2018
                              Form ID: 318             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db              +Marion Puccio,    227 Gould Road,    Newfoundland, NJ 07435-1708
cr               Quicken Loans Inc.,    KML Law Group, PC,    216 Haddon Ave, ste 206,    Westmont, NJ  08108
517203953       +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
                  Mount Laurel, NJ 08054-3437
517203954       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517203955       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
517203956        Quicken Loans,    The Corporation Company,    40600 Ann Arbor Road, East, Ste 201,
                  Plymouth, MI 48170-4675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2018 23:34:17     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2018 23:34:12     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ  07102-5235
517203948        EDI: CAPITALONE.COM Mar 03 2018 03:58:00      Capital One,   15000 Capital One Dr,
                  Richmond, VA 23238
517203949       +EDI: WFNNB.COM Mar 03 2018 03:58:00     Comenity Bank/pier 1,    4590 E Broad St,
                  Columbus, OH 43213-1301
517203950       +EDI: TSYS2.COM Mar 03 2018 03:58:00     Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
517203951       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 02 2018 23:34:32     Keybank Na,
                  4910 Tiedman Road,    Brooklyn, OH 44144-2338
517203952       +EDI: CBSKOHLS.COM Mar 03 2018 03:58:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
517203957       +EDI: SEARS.COM Mar 03 2018 03:58:00     Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
517203958       +EDI: SEARS.COM Mar 03 2018 03:58:00     Sears/cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
517203959       +EDI: RMSC.COM Mar 03 2018 03:58:00     Syncb/care Credit,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
517203960       +EDI: RMSC.COM Mar 03 2018 03:58:00     Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
517208166       +EDI: RMSC.COM Mar 03 2018 03:58:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517203961        EDI: TDBANKNORTH.COM Mar 03 2018 03:58:00      Td Bank N.a.,    70 Gray Rd,   Portland, ME 04105
517203962       +EDI: WTRRNBANK.COM Mar 03 2018 03:58:00      Td Bank Usa/targetcred,    Po Box 673,
                  Minneapolis, MN 55440-0673
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Christopher J. Balala    on behalf of Debtor Marion  Puccio cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5