UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Marion Puccio, Debtor(s).

Case No.: 17-34153-RG
Chapter: 7
Judge: Gambardella

### NOTICE OF PROPOSED ABANDONMENT

_Barbara A. Edwards_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _Rosemary Gambardella_ on _5/1/18_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3E_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 227 Gould Road, Newfoundland, NJ. Fair Market Value: $209,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Quicken Loans in the approximate amount of $210,405.49. |
|---|---|

| Amount of equity claimed as exempt: -0- |
|---|

Objections must be served on, and requests for additional information directed to:

Name:       /s/ Barbara A. Edwards, Interim Trustee
Address:    Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34153-RG
Marion Puccio                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2          Date Rcvd: Apr 03, 2018
                            Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
```
db            +Marion Puccio,    227 Gould Road,    Newfoundland, NJ 07435-1708
cr             Quicken Loans Inc.,    KML Law Group, PC,    216 Haddon Ave, ste 206,    Westmont, NJ  08108
517203948    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517203949     +Comenity Bank/pier 1,    4590 E Broad St,    Columbus, OH 43213-1301
517203950     +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517203953     +Phelan, Hallinan, Diamond & Jones, LLP,    400 Fellowship Road, ste. 100,
               Mount Laurel, NJ 08054-3437
517203954     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517203955     +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
517203956      Quicken Loans,    The Corporation Company,    40600 Ann Arbor Road, East, Ste 201,
               Plymouth, MI 48170-4675
517203958     +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
517203957     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
517203962     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 23:35:05      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517203951     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 03 2018 23:35:16      Keybank Na,
               4910 Tiedman Road,    Brooklyn, OH 44144-2338
517203952     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2018 23:34:31      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517203959     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:42      Syncb/care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
517203960     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:06      Syncb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
517208166     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:06      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517203961      E-mail/Text: bankruptcy@td.com Apr 03 2018 23:35:08      Td Bank N.a.,    70 Gray Rd,
               Portland, ME 04105
                                                                                              TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
```
              Barbara Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara Edwards     bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Christopher J. Balala    on behalf of Debtor Marion  Puccio cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                            TOTAL: 6

Case 17-34153-RG    Doc 25    Filed 04/05/18    Entered 04/06/18 00:36:17    Desc Imaged
Certificate of Notice    Page 3 of 3